IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lucas Conrad, : 
             Appellant : 
                           : 
            v. :      No. 603 C.D. 2019
                           : 
Commonwealth of Pennsylvania, : 
Department of Transportation, : 
Bureau of Driver Licensing : 

## **O R D E R**

AND NOW, this 23rd day of April, 2020, **IT IS HEREBY ORDERED** that the above-captioned opinion filed February 7, 2020, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge